UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MIGUEL QUINONES,

    Plaintiff,

v.                                    Civil Action No. 2:18-cv-00933

ANA PILE, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on January 17, 2020; and the Magistrate Judge having recommended that the court grant the motions to dismiss for failure to prosecute filed by defendants Mark Plants and Jesse Forbes, dismiss the matter, in its entirety, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and deny as moot the other pending motions to dismiss filed by the defendants; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this case be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this memorandum opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: February 11, 2020

John T. Copenhaver, Jr.
Senior United States District Judge